IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES R. WELSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 04-1385 |
| v. ) | |
| ) | ELECTRONICALLY FILED |
| MEISTERMATIC, INC., ) | |
| AN OHIO CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION FOR WITHDRAWAL OF APPEARANCE

AND NOW, comes David J. Laurent and the law firm of Buchanan Ingersoll & Rooney PC and Matthew H. Smith and the law firm of Babst, Calland, Clements and Zomnir, P.C., and files the following consent motion for leave to withdraw the appearance of David J. Laurent, Matthew H. Smith, and Babst, Calland, Clements and Zomnir, P.C., as counsel for Meistermatic, Inc. in the above-captioned proceeding, it appearing as follows:

1.   David J. Laurent, Matthew H. Smith and the law firm of Babst, Calland, Clements and Zomnir, P.C. ("Babst Calland") previously entered its appearance on behalf of Meistermatic, Inc. in the above captioned matter.

2.   Mr. Laurent is no longer an attorney with Babst Calland, and is now a shareholder with the law firm of Buchanan Ingersoll & Rooney PC.

3.   Meistermatic has requested that Mr. Laurent and the law firm of Buchanan Ingersoll & Rooney serve as counsel on its behalf in this matter, and David J. Laurent and Buchanan Ingersoll & Rooney will be entering an appearance for Meistermatic in this matter.

4. Mr. Smith has consented to the withdrawal of his appearance and the appearance of Babst Calland in this matter.

WHEREFORE, Mr. Laurent respectfully requests that this Court grant an order withdrawing the appearance of Matthew H. Smith and Babst, Calland, Clements and Zomnir, P.C. as counsel of record for Meistermatic, Inc.

Dated:  August 4, 2006	Respectfully submitted,

/s/ David J. Laurent
David J. Laurent *(Pa I.D. #33150)*
david.laurent@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
(412) 562-1857
(412) 562-1041 (Fax)

Matthew H. Smith (*Pa I.D. #84277*)
msmith@bccz.com

BABST CALLAND CLEMENTS ZOMNIR
Two Gateway Center
Pittsburgh, PA  15222
(412) 394-6516
(412) 394-1055 (fax)

Counsel for Defendant,
Meistermatic, Inc.